UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:15-cv-00241-JMS-DKL |
| VINCENNES UNIVERSITY, VALDEMAR CASTELLANO, | ) |
| Defendants. | ) |

### ENTRY FROM SETTLEMENT CONFERENCE
### MAY 24, 2016
### HON. DENISE K. LARUE, MAGISTRATE JUDGE

Parties appeared for a settlement conference. Conference concluded and matter is now resolved as to Vincennes University only. Therefore, the Court hereby orders parties to file their **Stipulation of Dismissal as to Vincennes University only on or before June 24, 2016.** The case shall proceed against Valdemar Castellano.

Date: 05/25/2016

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Valdemar Castellano
4175 Harding Highway
Apt. 1126
Lima, OH 45804

Valdemar Castellano
112 Glenrary Road
Lima, OH 45805

Jill Marie Doggett
HART BELL LLC
jdoggett@hartbell.com

Libby Valos Moss
KIGHTLINGER & GRAY
lmoss@k-glaw.com

Tyler Akers
KIGHTLINGER & GRAY
takers@k-glaw.com

Ronald S Langacker
LANGACKER LAW LTD.
ron@langackerlaw.com