IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JANE DOE, )<br>)<br>       Plaintiff, )<br>)<br> v. )<br>)<br>VINCENNES UNIVERSITY, )<br>VALDEMAR CASTELLANO )<br>)<br>)<br>       Defendants. )<br>_____) | Case No. 2:15-CV-00241-JMS-DKL |

## STIPULATION OF DISMISSAL OF VINCENNES UNIVERSITY

Comes now Plaintiff, Jane Doe, by counsel, Ronald S. Langacker, and comes also Defendant, Vincennes University, by counsel, Libby Valos Moss, and hereby stipulate that the above-referenced matter has been resolved as to this Defendant only and that the claims against Defendant, Valdemar Castellano, remain pending. Plaintiff and Defendant, Vincennes University, request that Vincennes University be dismissed with prejudice, costs paid.

LANGACKER LAW, LTD                          KIGHTLINGER & GRAY, LLP

 *s/ Ronald S. Langacker* (w/consent)         *s/ Libby Valos Moss*
Ronald S. Langacker, ID No. 20618-23         Libby Valos Moss, ID No. 21852-49
Langacker Law, Ltd                           KIGHTLINGER & GRAY, LLP
102 E. Main Street, Suite 100                One Indiana Square, Suite 300
Urbana, IL  61801                            211 North Pennsylvania Street
*Attorney for Plaintiff, Jane Doe*           Indianapolis, Indiana 46204
                                             *Attorneys for Defendant*
                                             *Vincennes University*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed by U.S. Mail first class, postage paid, to the following persons of record this 13th day of June, 2016:

Valdemar Castellano
112 Glenrary Road
Lima, OH  45805

                                    */s/ Libby Valos Moss*
                                    Libby Valos Moss

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
lmoss@k-glaw.com