IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VINCENNES UNIVERSITY, | ) |
| VALDEMAR CASTELLANO | ) Case No. 2:15-CV-00241-JMS-DKL |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSIAL OF VINCENNES UNIVERSITY

Plaintiff, Jane Doe, and Defendant, Vincennes University, by their respective counsel, having filed their Stipulation of Dismissal as to Vincennes University, and the Court, having reviewed said Stipulation and being duly advised in the premises, hereby Grants same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above entitled cause be dismissed, with prejudice, costs paid, in that all matters of controversy between these parties have been resolved as to Defendant, Vincennes University, only, and will continue as to all other parties.

DATED: June 14, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system

and by U.S. Mail to:
Valdemar Castellano
112 Glenrary Road
Lima, OH  45805